No. 409. WILSON, EXECUTOR, ET AL. *v.* SIMLER. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgments of the Court of Appeals are vacated and the judgments of the District Court reinstated. *Sutton* v. *English,* 246 U. S. 199. See *Markham* v. *Allen,* 326 U. S. 490, 494; *Pufahl* v. *Estate of Parks,* 299 U. S. 217, 226. MR. JUS-

TICE BLACK dissents. *Porter R. Chandler, Fred E. Suits* and *John B. Dudley* for petitioners. *Leslie L. Conner* and *Charles W. Conner* for respondent.